IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NANCY BABICK,<br><br>        Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX, Inc.,<br><br>        Defendants. | Civil No. _____ |

**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**

COMES NOW, Trans Union LLC ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court as follows:

**A. PROCEDURAL BACKGROUND**

1. On or about August 29, 2014, Plaintiff Nancy Babick ("Plaintiff") filed the Petition in this action in the District Court of Wyandotte County, Kansas, Case No. 2014-CV-000806 ("State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* against Defendant Trans Union LLC ("Trans Union").

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

3. Trans Union, Experian Information Solutions, Inc. ("Experian"), and Equifax Information Services, LLC ("Equifax") were served with Plaintiff's Petition on September 8, 2014. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

1

### B.   GROUNDS FOR REMOVAL

4. The present suit is an action over which the United States District Court, District of Kansas, Kansas City Division has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Trans Union pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is thus proper because Plaintiffs' claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Petition, Plaintiff seeks damages for Defendant Trans Union's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

### C.   COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Trans Union was first served with the Petition, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the District of Kansas, Kansas City Division because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the District Court of Wyandotte County, Kansas, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendant Trans Union in the State Court Action is attached hereto as **EXHIBIT A**.

9. Trial has not commenced in the District Court of Wyandotte County, Kansas, under Case No. 2014-CV-000806.

10. All Defendants, who have been served upon the date of filing of this Notice of Removal, consent to the removal of this case. Joinders in the Removal from Defendants Experian and Equifax are attached hereto as **EXHIBIT B**. By filing the Notice of Removal, Trans Union consents to the removal of this case.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Respectfully submitted,

**BAKER STERCHI COWDEN & RICE, LLC**

*/s/ Bryan E. Mouber*

**BRYAN E. MOUBER** #19710
9393 W. 110th Street, Suite 500
Overland Park, KS 66210
Telephone: (913) 451-6752
Facsimile: (816) 472-0288
mouber@bscr-law.com

**JAMES S. KREAMER** #14374
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
Telephone: (816) 471-2121
Facsimile:  (816) 472-0288
kreamer@bscr-law.com

**COUNSEL FOR TRANS UNION LLC**

6254078.2/SP/83057/1738/092314

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of September, 2014, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

A.J. Stecklein
Michael H. Rapp
Consumer Legal Clinic, LLC
748 Ann Avenue
Kansas City, KS 66101
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
**Counsel for Plaintiff**

G. Gabriel Zorogastua
Polsinelli Shughart, PC
900 West 48th Place, Suite 900
Kansas City, MO 64112-1805
gzorogastua@polsinelli.com
**Counsel For Defendant**
**Equifax Information Services LLC**

Danne W. Webb
Andrea S. McMurtry
Horn Aylward & Bandy, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
dwebb@hab-law.com
amcmurty@hab-law.com
**Counsel For Defendant**
**Experian Information Solutions, Inc.**

_____
BRYAN E. MOUBER

4