# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NANCY BABICK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRANS UNION, LLC, EXPERIAN ) <br> INFORMATION SOLUTIONS, INC., ) <br> and EQUIFAX, Inc., ) <br> ) <br> Defendants. ) | Civil No. _____ |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
### JOINDER IN AND CONSENT TO REMOVAL

Without waiving any other defenses, Defendant Experian Information Solutions, Inc., hereby joins in and consents to the removal of this action from the District Court of Wyandotte County, Kansas, Case No. 2014-CV-000806, to this Court. Removal is proper for the reasons stated in Defendant Trans Union LLC's Notice of Removal.

Experian Information Solutions, Inc. first received a copy of the Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on September 8, 2014.

Respectfully submitted,

/s/ Danne W. Webb
Danne W. Webb (Kansas Bar No. 22312)
Andrea S. McMurtry (Kansas Bar No. 24746)
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
E-mail: dwebb@hab-law.com
Email: amcmurtry@hab-law.com
**COUNSEL FOR DEFENDANT**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

6253891.1/SP/83057/1738/092314

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NANCY BABICK,<br><br>  Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX, Inc.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)   Civil No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT EQUIFAX INC.'S
### JOINDER IN AND CONSENT TO REMOVAL

Without waiving any other defenses, Defendant Equifax Inc., hereby joins in and consents to the removal of this action from the District Court of Wyandotte County, Kansas, Case No. 2014-CV-000806, to this Court. Removal is proper for the reasons stated in Defendant Trans Union LLC's Notice of Removal.

Defendant Equifax Inc. first received a copy of the Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on September 8, 2014.

Respectfully submitted,

By: /s/ Guillermo G. Zorogastua
  GUILLERMO G. ZOROGASTUA (KS #23556)
  POLSINELLI PC
  900 W. 48th Place, Suite 900
  Kansas City, MO 64112
  816.753.1000
  Fax No: 816.753.1536
  gzorogastua@polsinelli.com
ATTORNEYS FOR DEFENDANT
EQUIFAX INC.

48914069.1