# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

NANCY BABICK,

                Plaintiff,

vs.

                Case Number:14-CV-02489 RDR/KGS

TRANS UNION LLC, *et al.*,

                Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Nancy Babick; Defendants are Trans Union LLC, Experian Information Solutions Inc. and Equifax Inc.

2. On August 29, 2014, Plaintiff filed a Petition against Defendants in the District Court of Wyandotte County, Kansas.

3. On September 26, 2014, Defendant Trans Union LLC removed the case to the United States District Court for the District of Kansas (Doc. 1).

4. On September 30, 2014, Defendant Trans Union LLC filed an Answer (Doc. 7).

5. On October 3, 2014, Defendant Equifax Inc. filed an Answer (Doc. 9).

6. On November 3, 2014, Defendant Experian Information Solutions Inc. filed an Answer (Doc. 13).

7. On June 1, 2015, Plaintiff notified this Court that she had settled with all

Defendants (Doc. 29).

8. An Order Granting Motion to Approve Settlement was signed July 28, 2015 in Plaintiff's bankruptcy case number 13-20971 in the United States Bankruptcy Court for the District of Kansas.

9. Plaintiff now moves to dismiss the suit against all Defendants.

10. Defendants agree to the dismissal.

11. This case is not a class action.

12. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

13. This dismissal is with prejudice to refiling.

14. Each party is to bear its own fees and costs.

    Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0147
Email: AJ@KCconsumerlawyer.com
    MR@KCconsumerlawyer.com
Attorney for Plaintiff

and

By: /s/ Guillermo Zorogastua
Guillermo Zorogastua #23556
Polsinelli PC
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: 816-753-1000
Facsimile: 816-753-1536
Email: GZorogastua@polsinelli.com
Attorney for Defendant Equifax Inc.


By: /s/Bryan M. Mouber
Bryan M. Mouber #19710
James S. Kreamer #14374
Baker Sterchi Cowden & Rice LLC
9393 West 110th Street, Suite 500
Overland Park, Kansas 66210
Telephone: 913-451-6752
Facsimile: 816-472-0288
Email: Mouber@bscr-law.com
       Kreamer@bscr-law.com
Attorneys for Trans Union LLC


By: /s/ Danne W. Webb
Danne W. Webb #22312
Andrea S. McMurtry #24746
Horn Aylward & Bandy LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
Email: DWebb@hab-law.com
       AMcmurtry@hab-law.com

and

        Mary M. Dyczek, admitted *pro hac vice*
        Jones Day
        901 Lakeside Avenue
        Cleveland, Ohio 44114
        Telephone: 216-586-3939
        Facsimile:  216-579-0212
        Email: mdyczek@jonesday.com
        Attorneys for Defendant
        Experian Information Solutions Inc.

## **CERTIFICATE OF FILING**

   This certifies that on June 30, 2015, the undersigned filed the above using the U.S. District Court's electronic filing system, which will automatically notify counsel of record.

         /s/ A.J. Stecklein
         A.J. Stecklein  #16330